THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOREN J. WALTERS, Appellant, *v.* EDSON LEWIS, as Police Commissioner of the City of Mount Vernon, Respondent.

*People ex rel. Walters* v. *Lewis,* 111 App. Div. 375, affirmed.
(Argued November 12, 1906; decided November 27, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 26, 1906, which affirmed the determination of the defendant in removing the relator from the police force of the city of Mount Vernon.

*Sydney A. Syme* for appellant.

*David Swits* for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.

---

ROBERT C. PRUYN, as a Stockholder of the Guayaquil and Quito Railway Company, Respondent, *v.* GUAYAQUIL AND QUITO RAILWAY COMPANY et al., Appellants.

*Pruyn* v. *Guayaquil & Quito Ry. Co.,* 113 App. Div. 894, 895, affirmed.
(Argued November 12, 1906; decided November 27, 1906.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 3, 1906, which affirmed an interlocutory judgment of Special Term overruling a demurrer to the complaint in an action for the appointment of a receiver of the defendant railway company and for an accounting.

The following questions were certified:

"1. Does the complaint state facts sufficient to constitute a cause of action?

"2. Are causes of action improperly united as alleged in the defendant's demurrer?"

*Alfred A. Wheat, Jordan J. Rollins, John T. Smith* and *Francis Dana* for appellants.

*Arthur L. Andrews* for respondent.

Order affirmed, with costs; first question certified answered in the affirmative; second question in the negative; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.

---

In the Matter of the Accounting of J. MONTGOMERY STRONG, as Executor of ELIZABETH L. STRONG, Deceased, Appellant.

GEORGE M. WRIGHT, as Assignee of HILTON, HUGHES & CO., Respondent.

*Matter of Strong*, 111 App. Div. 281, affirmed.
(Argued November 12, 1906; decided November 27, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 23, 1906, which affirmed an order of the New York County Surrogate's Court adjudging the appellant herein in contempt for his failure to pay a certain sum to the respondent as directed by a decree judicially settling his accounts.

*William R. Adams* for appellant.

*James S. Darcy* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.

---

BREVOORT REAL ESTATE COMPANY, Plaintiff, *v.* JOHN KINGSTON et al., Defendants.

HENRY NOBEL et al., Appellants; JOSEPH H. CLAFFY, Respondent.

*Brevoort Real Estate Co.* v. *Kingston*, 114 App. Div. 904, affirmed.
(Argued November 12, 1906; decided November 27, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June